AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Boochever, Robert | U.S. Court Of Appeals 9th Cir. | 03/21/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Circuit Judge | ☐ Nomination, Date  ☐ Initial  ☒ Annual  ☐ Final | 01/01/2005 to 12/31/2005 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| P.O. Box 91510 Pasadena, CA 91109-1510 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED MAR 27 4 28 AM '06 FINANCIAL DISCLOSURE

| Name of Person Reporting | Date of Report |
|---|---|
| Boochever, Robert | 03/21/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | STATE OF ALASKA - JUDICIAL RETIREMENT | $ 49651.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | PRUDENTIAL RETIREMENT FINANCIAL CO. & JACKSON NATIONAL LIFE INSURANCE CO. |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boochever, Robert | 03/21/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boochever, Robert | 03/21/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ALASKA BANK | | None | J | T | | | | | |
| 2. ALLSTATE CORPORATION | A | Dividend | K | T | | | | | |
| 3. AMERICAN EXPRESS CO. | A | Dividend | L | T | | | | | |
| 4. AMERICAN INT'L | A | Dividend | K | T | | | | | |
| 5. BAXTER, INTL | A | Dividend | K | T | | | | | |
| 6. BECTON DICKESON | A | Dividend | K | T | | | | | |
| 7. BERKSHIRE HATHAWAY | | None | L | T | | | | | |
| 8. BRENTWOOD, CA IND INFRA SERIES B | A | Interest | J | T | | | | | |
| 9. 31ST CA INS. FUND | A | Interest | J | T | | | | | |
| 10. CA ED, STANFORD | D | Interest | L | T | | | | | |
| 11. CA HEALTH FAC. 6.75 3/1/13 | B | Interest | K | T | called | 04/15 | K | A | |
| 12. CAL STANFORD 5.125 1/1/31 | C | Interest | K | T | | | | | |
| 13. CA HFA 6.10 2/1/09 | B | Interest | K | T | | | | | |
| 14. CAL STANFORD 5.2% 12/1/27 | B | Interest | K | T | | | | | |
| 15. CA. STATE 5% 2/1/35 | C | Interest | L | T | | | | | |
| 16. CA. STATE 5/5 10/1/32 | C | Interest | K | T | | | | | |
| 17. CAL STATE 5% 2/1/08 | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boochever, Robert | 03/21/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CAL STATE 5% 2/1/23 | B | Interest | K | T | | | | | |
| 19. CAL STATE 5.25% 1/1/21 | B | Interest | K | T | | | | | |
| 20. CA STATE 4.75 9/1/23 | B | Interest | J | T | | | | | |
| 21. CA STATE 6.75 7/1/17 | A | Interest | J | T | | | | | |
| 22. CA STATE 5.00 10/1/23 | C | Interest | L | T | | | | | |
| 23. CA STATE 5.00 11/1/22 | C | Interest | K | T | called | 5/2 | K | A | |
| 24. CA STATE 5.00 2/1/23 | B | Interest | K | T | | | | | |
| 25. CA STATE 5.00 2/1/21 | C | Interest | L | T | | | | | |
| 26. CA STATE 6.00 10/1/21 | A | Interest | K | T | | | | | |
| 27. CA STATE 7.20 5/1/08 | B | Interest | K | T | | | | | |
| 28. CA STATE 4.75 12/1/25 | C | Interest | K | T | | | | | |
| 29. CALTECH 4.25% 10/1/28 | A | Interest | K | T | | | | | |
| 30. CALTECH 4.5 2008 | B | Interest | K | T | | | | | |
| 31. CARLSBAD, CA HOUSING | B | Interest | K | T | | | | | |
| 32. Citigroup VIII | C | Dividend | K | T | | | | | |
| 33. COCA COLA | A | Interest | K | T | | | | | |
| 34. CONTRA COSTRO CITY, HOME MTG. REV | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boochever, Robert | 03/21/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. DAVIS, CA JR. SCHOOL DIST. | B | Interest | K | T | | | | | |
| 36. FREMONT 2.25 PRE | B | Dividend | K | T | | | | | |
| 37. GE CAP 2.85 2006 | A | Interest | K | T | | | | | |
| 38. GENERAL ELECTRIC | A | Dividend | K | T | | | | | |
| 39. HOME DEPOT | A | Dividend | K | T | | | | | |
| 40. HOPEWELL, VA REV. | B | Interest | K | T | called | 6/27 | K | A | |
| 41. INT'L BUSINESS MACHINES | B | Dividend | M | T | add | 6/27 | K | | |
| 42. HONEYWELL | A | Dividend | K | T | | | | | |
| 43. KERN COUNTY SFMR | A | Interest | J | T | called | 5/31 | J | A | |
| 44. LOS ANGELES, CA 5.90 12/1/26 | A | Interest | K | T | | | | | |
| 45. LOS ANGELES, CA 5.35 7/1/22 | B | Interest | K | T | called | 1/28 | J | A | |
| 46. METROPOLITAN WATER 5.00 7/1/27 | B | Interest | K | T | | | | | |
| 47. METROPOLITAN WATER 4.75 7/1/22 | C | Interest | L | T | | | | | |
| 48. NEW YORK LIFE INS. POLICIES | A | Dividend | L | T | | | | | |
| 49. NORWALK, CA COM. FAC. FIN. | A | Interest | K | T | | | | | |
| 50. NUVEEN, CA INV. QUALITY MUN. FUND | A | Interest | K | T | | | | | |
| 51. ONTARIO, CA REDEV. FIN. AUTHO. | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boochever, Robert | 03/21/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ORANGE COUNTY CAL. APT. REV. | A | Interest | J | T | | | | | |
| 53. PASADENA 5.25% 7/1/24 | C | Interest | L | T | | | | | |
| 54. PETROLEUM & RES | A | Dividend | K | T | | | | | |
| 55. PFIZER | A | Dividend | K | T | add | 1/12 | K | | |
| 56. P. RICO HOUSING FIN. CORP. REV. | A | Interest | J | T | | | | | |
| 57. SACRAMENTO COUNTY CA SAN. 5% 12/1/15 | A | Interest | K | T | | | | | |
| 58. SAFECO LIFE INSURANCE | B | Interest | K | T | | | | | |
| 59. SAN FRANCISCO CITY & COUNTY APT. RFD. 6.2% 2020 | C | Interest | K | T | | | | | |
| 60. SAN FRANCISCO IMP. BAYSHORE 6.2% 2020 | B | Interest | K | T | | | | | |
| 61. SARA LEE | A | Dividend | K | T | | | | | |
| 62. Stanford 5% 11/2/21 | C | Interest | L | T | | | | | |
| 63. STATE OF CA 2023 | A | Interest | K | T | | | | | |
| 64. SWEETWATER 2024 | A | Interest | J | T | | | | | |
| 65. University CAL 5% 9/1/28 | C | Interest | L | T | | | | | |
| 66. UNIVISION | | None | J | T | buy | 2/16 | J | | |
| 67. UST NOTES 2.75 2006 | A | Interest | K | T | | | | | |
| 68. UST NOTE 3.5 2006 | C | Interest | L | T | buy | 8/25 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boochever, Robert | 03/21/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. UST NOTE 3.125 2007 | A | Interest | K | T | buy | 2/1 | K | | |
| 70. UTS MUNIE INV. TR. 201 | B | Interest | K | T | | | | | |
| 71. VERIZON | A | Dividend | K | T | | | | | |
| 72. VANGUARD SP. HEALTH | A | Dividend | M | T | | | | | |
| 73. WELLS FARGO | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boochever, Robert | 03/21/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Boochever, Robert | 03/21/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  Date _Mar 23, 06_

NOTE: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮IFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544